```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ARTIFICIAL INTELLIGENCE TECHNOLOGY      :
SOLUTIONS, INC.,                        :
                                        :           24cv8631 (DLC)
                            Plaintiff,  :
                -v-                     :           ORDER
                                        :
ARENA BUSINESS SOLUTIONS GLOBAL SPC     :
II, LTD,                                :
                                        :
                            Defendant.  :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On January 3, 2025, plaintiff filed a motion to dismiss the defendant's counterclaims pursuant to Rule 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a defendant has 21 days after the service of a motion under Rule 12(b) to amend its pleading once as a matter of course.  Accordingly, it is hereby

ORDERED that defendant shall file any amended counterclaims by January 24, 2025.  It is unlikely that defendant will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended answer is filed, defendant shall file any opposition to the motion to dismiss by January 24, 2025.  Plaintiff's reply, if any, shall be filed by February 7, 2025.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all

motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         January 7, 2025

                                              DENISE COTE
                                 United States District Judge