```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ARTIFICIAL INTELLIGENCE TECHNOLOGY       :
SOLUTIONS, INC.,                         :
                                         :   24cv8631 (DLC)
                            Plaintiff,   :
                 -v-                     :       ORDER
                                         :
ARENA BUSINESS SOLUTIONS GLOBAL SPC      :
II, LTD,                                 :
                                         :
                            Defendant.   :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On January 3, 2025, the plaintiff filed a motion to dismiss the defendant's counterclaims pursuant to Rule 12(b)(6), Fed. R. Civ. P.  An Order of January 7, 2025 directed the defendant to file any amended counterclaims by January 24, 2025, and alerted the defendant that it would likely not have another opportunity to amend.  The defendant filed amended counterclaims on January 24, 2025.  Accordingly, it is hereby,

ORDERED that the plaintiff's January 3 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by February 7, 2025
- Opposition served by February 21, 2025
- Reply served by February 28, 2025

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        January 28, 2025

                                            DENISE COTE
                                   United States District Judge